UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JOEL MARTINEZ, et al. ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 3:23-cv-180-CHB |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL WITHOUT** |
| STATE FARM MUTUAL ) | **PREJUDICE** |
| AUTOMOBILE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court having been advised by counsel that a settlement has been reached on all matters in this case, [R. 9],

**IT IS HEREBY ORDERED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET**.

2. The parties **SHALL** tender a stipulation of dismissal, signed by all parties who have appeared and dismissing this case with prejudice, by **July 3, 2023**. If the settlement is not consummated and the stipulation of dismissal is not filed, the Court will entertain a motion to re-docket this action upon application to this Court.

This the 18th day of May 2023.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:   Counsel of Record