UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JOEL MARTINEZ, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STATE FARM MUTUAL ) <br> AUTOMOBILE INSURANCE ) <br> COMPANY ) <br> ) <br> Defendant. | Civil Action No. 3:23-CV-180-CHB <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Agreed Order of Dismissal [R. 11] of each of Plaintiff's claims against all parties in this matter, signed by all parties who have appeared. The Court construes this Agreed Order of Dismissal to be a Stipulation of Dismissal pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.   The parties' Agreed Order of Dismissal [**R. 11**] is **GRANTED**.

2.   This matter is **DISMISSED WITH PREJUDICE** as to all defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

This the 12th day of June 2023.

*[signature: Claria Horn Boom]*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:   Counsel of record

- 1 -